UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARLEY-DAVIDSON CREDIT CORP.,**<br><br>**Plaintiff**<br><br>v.<br><br>**JERRY H. KUTUMIAN, and ZOVINAR DEVELOPMENT, LLC,**<br><br>**Defendants** | CASE NO. 1:12-CV-2077 AWI BAM<br><br>**ORDER LIFTING STAY AND CLOSING CASE IN LIGHT OF VOLUNTARY DISMISSAL**<br><br>(Doc. No. 42) |

On July 7, 2013, Defendant Jerry Kutumian ("Kutumian") filed a notice of bankruptcy. See Doc. No. 28. In response, the Court stayed the case as to Kutumian. See Doc. No. 30.

On November 13, 2013, the Court adopted Findings and Recommendations that recommended granting default judgment against Defendant Zovinar Development, LLC ("Zovinar"). See Doc. No. 36. The case remained stayed as to Kutumian, and Plaintiff was ordered to file status reports. See id. Judgment was entered against Zovinar the same day. See Doc. No. 37.

On March 31, 2015, Plaintiff filed a status report regarding Kutumian. See Doc. No. 42. In that report, Plaintiff indicates that Kutumian's bankruptcy is complete. See id. Importantly, the status report also states that Plaintiff voluntarily dismisses this action against Kutumian. See id.

In pertinent part, Rule 41(a)(1) reads: "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Rule 41(a)(1) dismissals are effective on filing and no court order is required. Wilson v. City of San Jose, 111 F.3d 688, 692

(9th Cir. 1997).

Here, because Kutumian has filed no answer or summary judgment motion, and because judgment has already been entered against the only other defendant, Plaintiff's voluntary dismissal of Kutumian has terminated this case.  The Court will order the clerk to close this matter.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's voluntary dismissal of the remaining defendant, Jerry H. Kutumian.

IT IS SO ORDERED.

Dated:   April 1, 2015

SENIOR DISTRICT JUDGE